IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KALEOKALANI YAMADA, | ) | CIVIL NO. 09-00298 DAE-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE OF HAWAII, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER TO SHOW CAUSE**

On July 8, 2009, Petitioner Kaleokalani Yamada ("Petitioner") filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 ("Amended Petition"). The Amended Petition was referred to this court pursuant to 28 U.S.C. § 636(a). It not appearing plainly from the face of the Amended Petition that Petitioner is not entitled to relief, and it further appearing that the Amended Petition is in compliance with the rules governing the form of such petitions, IT IS HEREBY ORDERED, pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, that Respondents Todd Thomas, Warden, Saguaro Correctional Facility, Clayton A. Frank, Director, Department of Public Safety, State of Hawaii, and Tommy Johnson, Deputy Director of Corrections, Department of Public Safety, State of Hawaii (collectively "Respondents") file an answer to the Amended Petition on or before **August 24, 2009.** Respondents are ORDERED to attach all relevant transcript

portions, briefs on appeal or in post-conviction proceedings,

opinions, or dispositive orders relating to Petitioner's

conviction or sentence to the answer as required by Rule 5.

Petitioner may file a reply to the answer by no later than

**September 24, 2009.**

       IT IS SO ORDERED.

       DATED AT HONOLULU, HAWAII, July 13, 2009.



     /S/ Leslie E. Kobayashi
     Leslie E. Kobayashi
     United States Magistrate Judge

**KALEOKALANI YAMADA V. STATE OF HAWAII; CIVIL NO. 09-00298 DAE-
LEK; ORDER TO SHOW CAUSE**